**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LETISH WALKER,

                        Plaintiff,                    18 **CIVIL** 11310 (PGG) (KNF)

            -v-                             **JUDGMENT**

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,
                     Defendant.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 22, 2020, Judge Fox's R & R is adopted in its entirety; Plaintiff's motion for remand for further development of the administrative record is granted; Defendant's cross-motion for judgment on the pleadings is denied, and this case is remanded to the Commission of Social Security for further proceeding.

**Dated:** New York, New York
           March 31, 2020

                                                  **RUBY J. KRAJICK**
                                                  _____
                                                  **Clerk of Court**
**BY:**       _____
                                                  **Deputy Clerk**